**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00213-CV**
_____

**WINDSTONE PARTNERS, LLC, Appellant**

**V.**

**JOHN BARRY DONOHO, CINDY E. DONOHO, AND TILE ROOFS OF TEXAS, INC., Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-05-06756-CV**

_____

**MEMORANDUM OPINION**

Appellant, Windstone Partners, LLC filed a motion to dismiss this appeal representing that the parties have settled their dispute and dismissed the underlying lawsuit. Appellant voluntarily made the motion prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion is granted and the appeal is dismissed.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on June 9, 2021
Opinion Delivered June 10, 2021

Before Kreger, Horton, and Johnson, JJ.